UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH MOCHRIE, in his own capacity, and as intended personal representative of the Estate of Mary Mochrie

      Plaintiff,

v.

R.J. REYNOLDS TOBACCO COMPANY, PHILIP MORRIS USA, INC., VECTOR GROUP, LTD., LORILLARD TOBACCO COMPANY and LIGGETT GROUP LLC,

      Defendants.

Case No: 2:16-cv-306-FtM-38CM

## ORDER

This matter comes before the Court upon review of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and Plaintiff's Motion to Extend Time for Service of Process (Doc. 11) filed on May 17, 2016. On May 2, 2016, Defendants filed a Motion to Dismiss and Incorporated Memorandum of Law. Doc. 6. In their motion, Defendants seek dismissal of this action based on the "two dismissal rule" and, alternatively, based on insufficient service of process. *See id.* Plaintiff's thirty-page response (including exhibits) argues that the two dismissal rule does not apply and that the failure of sufficient service of process does not warrant dismissal of this case. *Id.* Plaintiff admits that service was defective and "moves the Honorable Court for an extension of time to serve process." *Id.* at 8.

Defendants have not filed a response to Plaintiff's motion for extension of time to serve process. While ordinarily a failure to file a response creates a presumption that the motion is unopposed, *Great American Assur. Co. v. Sanchuk*, LLC, 2012 WL 195526 *3 (M.D. Fla. 2012), because in this case the motion was included in Plaintiff's response and was filed in contravention of the local rules, this presumption will not apply. Local Rule 3.01, United States District Court, Middle District of Florida, sets forth the framework for filing a motion before the Court. M.D. Fla. R. 3.01. In a motion or other application for an order, the movant must include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request. M.D. Fla. R. 3.01(a). Local Rule 3.01(g) requires that each motion filed in a civil case, with certain enumerated exceptions not at issue here, contain a statement "stating whether counsel agree on the resolution of the motion." M.D. Fla. R. 3.01(g). Absent agreement, the party opposing the motion has fourteen days from service of such motion within which to file a response. M.D. Fla. R. 3.01(b).

A motion for extension of time to effect service of process should not be buried in a response to a motion to dismiss, as Plaintiff did here. Accordingly, Plaintiff's request is denied without prejudice. Plaintiff shall have an opportunity to refile same in accordance with the Local Rules of the Middle District of Florida.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and Plaintiff's Motion to Extend Time for Service of Process (Doc. 11) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record